THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDRICK JENKINS, Appellant.

Submitted May 24, 2010; decided June 3, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.